Acquanetta M. Benin
Pro se
1524 Delancey Street, Suite 400
Philadelphia PA 19102
215-543-7970

---

| | | |
|---|---|---|
| ANGEL RODRIGUEZ MIRANDA | : | UNITED STATES DISTRICT COURT |
| Plaintiff | : | for the DISTRICT OF PUERTO RICO |
| | : | |
| v. | : | |
| | : | |
| COQUICO, INC., ET AL | : | CIVIL NO. 10-1557 |
| Defendant | : | |

## PETITION FOR LEAVE TO INTERVENE

Petitioner, ACQUANETTA M. BENIN, acting pro se, pursuant to Federal Rule of Civil Procedure 24, hereby petitions to intervene in this action, and in support hereof, respectfully represents:

1. Petitioner, ACQUANETTA M. BENIN, is a party in interest in this matter, and hereby moves to intervene herein pursuant to Federal Rule of Civil Procedure 24.

2. Plaintiff has obtained judgment in this matter and execution thereon is imminent, in the form of a Public Auction scheduled for July 11, 2013.

3. The Plaintiff commenced the action in 2010, and the judgment against which the aforesaid Public Auction is intended to execute was entered of record in July 2011.

4. The "Notice of Sale" announcing the aforesaid Public Auction, a true and correct copy of which is attached hereto, incorporated herein, and marked as Exhibit "A", lists certain assets by name and copyright number.

5. These listed assets, however, were purchased by Petitioner in 2006. A true and correct copy of the Copyright Assignment, notarized January 23, 2006, showing Petitioner's purchase of the assets in question, is attached hereto, incorporated herein and marked as Exhibit "B".

6. The scheduled Public Auction of the listed assets would violate the rights of the Petitioner, who was not a party to these proceedings, despite having owned the said assets.

7. Petitioner should therefore be permitted leave to intervene in this matter and file a Motion to Stay Execution. A true copy of the Motion Intervenor seeks leave to file is attached hereto, incorporated herein, and marked as Exhibit C.

WHEREFORE, Petitioner respectfully requests leave to intervene.

Respectfully Submitted,

BY: /s/ *signature*
ACQUANETTA M. BENIN, pro se,

DATE: 7-3-13