UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| ÁNGEL RODRÍGUEZ-MIRANDA,<br><br>Plaintiff,<br><br>v.<br><br>COQUICO, INC. et al.,<br><br>Defendants. | Civil No. 10-1557 (JAF) |

**O R D E R**

In reference to Docket No. 98 ("Petition for Leave to Intervene"), and Docket No. 99 ("Motion to Vacate the Order Granting Motion for a Public Auction Entered Against Defendants"), the following ruling is made.

The court will not allow intervention on a matter concluded by judgment a long time ago, and where public auction is set for tomorrow, July 11, 2013.  No extenuating circumstances like those covered by Fed. R. Civ. P. 60 are alleged here to set aside previous proceedings.

**IT IS SO ORDERED**.

San Juan, Puerto Rico, this 10th day of July, 2013.

s/José Antonio Fusté
JOSE ANTONIO FUSTE
United States District Judge