# Juan Star

LEGAL NOTICE
United States District Court for
the District of Puerto Rico.

FORM IV

**ANGEL RODRIGUEZ
MIRANDA**
Plaintiff vs.

**COQUICO, INC., MALIK
BENIN, PHILLIPA ASHBY
AND THEIR CONJUGAL
PARTNERSHIP**
Defendants

CIVIL NO. 10-1557 (JAF) FO-
RECLOSURE OF MORTGAGE.

**NOTICE OF SALE**

**TO: THE GENERAL
PUBLIC**

Judgment in favor of plaintiff for
the sum of $348,821.23 with in-
terest at the rate of 11.% per
annum from July 27, 2011 un-
til full payment, plus $355.00
for costs, disbursements and
attorney' fees was entered and
execution ordered. A- Corrun
by Coquico, Copyright Num-
ber VA0001076663 B. Coquico:
We Sing Copyright Numbers
TX0005500274, TX0006553597
C. Musical plush toy frog na-
med Coman, A commissioned
mark for Coquico, Inc. by Mi-
ian Coman, A commissioned
Number Number  D. Rafiquby Co-
mico, Inc. Copyright Num-
ber VA0001138519 E. Tad
Coquico, Inc. Copyright Num-
ber VA0001138520 F. Tie-
demark and Patent, Reg. No.
2,584,7542,560,104,2,541,228
Pursuant to the said judgment,
The undersigned Special
Master was ordered
to sell at public auction for U.S.
currency in cash or certified
check without appraisement or



Vs.

## Angel Rodriguez Miranda

## Coquico, Inc., Malik Benin, Phillipa Ashby and their conjugal partnership
### [10-1557]

# A F F I D A V I T

IR RUIZ BERRIOS, under the most formal oath I declare:

vertising Control Clerk of the **The San Juan Daily Star** newspaper which is published daily, and
land-wide and is printed in San Juan, Puerto Rico; and in the editions of this newspaper
ng to the days:

**June 12 & 19, 2013**

d the public notice issued by:

HOGLUND & PAMIAS, P.S.C.,
Roosevelt San Juan PR 00918; E-Mail: aixa@hhoglund.com, Tel. 787-772-9200 Fax. 772-9533

*signature*

RAY ABNER RUIZ BERRIOS
Advertising Control Clerk

For the matters stated before and copy of that public notice is attached to this Affidavit.

Sworn and subscribed before me by RAY ABNER RUIZ BERRIOS, of legal age, single, Advertising Control Clerk
of the The San Juan Daily Star, and resident of Toa Alta, PR, and whom I know personally, in Caguas, Puerto
Rico, this ___ day of ___ 2013.

Affidavit No. ___ 4280

*signature*

Notary Public

*seal: JULIO CESAR OSUNA GUZMAN, ABOGADO NOTARIO, PUERTO RICO*

LEGAL NOTICE
United States District Court for the District of Puerto Rico.

FORM R

ANGEL RODRIGUEZ MIRANDA
Plaintiff vs.

COQUICO, INC., MALIK BENIN, PHILLIPA ASHEY AND THEIR CONJUGAL PARTNERSHIP
Defendants

CIVIL NO. 10-1557 (JAF) FORECLOSURE OF MORTGAGE. NOTICE OF SALE.

TO: THE GENERAL PUBLIC

Judgment in favor of plaintiff for the sum of $948,821.23 with interest at the rate of .11 % per annum from July 27, 2011 until full payment, plus $355.00 for costs, disbursements and attorneys' fees was entered and execution ordered; A. Comun by Coquico, Copyright Number VA0001076685 B. Coquico, Inc. Copyright Numbers TX0005050274; TX0005053597 C. Musical plush toy frog named Coqui, and Comun, A Commissioned work for Coquico, Inc., by Michael Titan Copyright number V3473D525 D. Rufusby Coquico, Inc. Copyright Number VA0001188519  E. Tal/ by Coquico, Inc. Copyright Number and Patent Reg. No. 2,534,7542,560,104,2,541,228 Pursuant to the said judgment, the undersigned (U.S. Marshall or Special Master) was ordered to sell at public auction for U.S. currency in cash or certified check without appraisement or right to redemption to the highest bidder and at the office of the Clerk of the United States District Court for the District of Puerto Rico, Room 150 - Federal Building, Carlos Chardón Avenue, Hato Rey, Puerto Rico, or any other place designated by said Clerk, to cover the sums adjudged to be paid to the plaintiff, the following property: THEREFORE, the FIRST public sale shall be held on the 11th day of July, 2013, at 10:00 am in the United States Marshall's office, and that will be accepted is the sum of $948,821.23. In the event said first public auction does not produce a bidder and the property is not adjudicated, a SECOND public auction shall be held on the 18th day of July, 2013, at 10:00 a.m. at United States Marshal's Office, and the minimum bid that will be accepted is the sum of $632,547.49, which is two thirds of the minimum bid that will result in the second auction does not result in the adjudication and sale of the property, a THIRD auction will be held on the 25th day of July 2013, at 10:00 a.m. in the United States Marshall's office, and the minimum bid that will be accepted is the sum of $474,410.62... Upon confirmation of the sale, an order shall be issued cancelling all junior liens. For further particulars, reference is made to the judgment entered by the Court in this case, which can be examined in the Office of the Clerk of the United States District Court, San Juan, Puerto Rico, this 5 day of June, 2013, Daniel Cruz, U.S. MARSHAL OR SPECIAL MASTER.

LEGAL NOTICE
United States District Court for the District of Puerto Rico.

FORM R

Angel Rodriguez Miranda
Plaintiff vs.

Coquico, Inc., Malik Benin, Phillipa Ashby and their conjugal partnership
Defendants

CIVIL NO. 10-1557 (JAF) FORECLOSURE OF MORTGAGE. NOTICE OF SALE.

TO: THE GENERAL PUBLIC

Judgment in favor of plaintiff for the sum of $948,821.23 with interest at the rate of .11 % per annum from July 27, 2011 until full payment, plus $355.00 for costs, disbursements and attorneys' fees was entered and execution ordered; A. Comun by Coquico, Copyright Number VA0001076685 B. Coquico, Inc. Copyright Numbers TX0005050274; TX0005053597 C. Musical plush toy frog named Coqui, and Comun, A Commissioned work for Coquico, Inc., by Michael Titan Copyright number V3473D525 D. Rufusby Coquico, Inc. Copyright Number VA0001188519  E. Tal/ by Coquico, Inc. Copyright Number and Patent Reg. No. 2,534,7542,560,104,2,541,228 Pursuant to the said judgment, the undersigned (U.S. Marshall or Special Master) was ordered to sell at public auction for U.S. currency in cash or certified check without appraisement or right to redemption to the highest bidder and at the office of the Clerk of the United States District Court for the District of Puerto Rico, Room 150 - Federal Building, Carlos Chardón Avenue, Hato Rey, Puerto Rico, or any other place designated by said Clerk, to cover the sums adjudged to be paid to the plaintiff, the following property: THEREFORE, the FIRST public sale shall be held on the 11th day of July, 2013, at 10:00 am in the United States Marshall's office, and that will be accepted is the sum of $948,821.23, In the event said first public auction does not produce a bidder and the property is not adjudicated, a SECOND public auction shall be held on the 18th day of July, 2013, at 10:00 a.m. at United States Marshal's Office, and the minimum bid that will be accepted is the sum of $632,547.49, which is two thirds of the minimum bid that will result in the adjudication and sale of the property, a THIRD auction will be held on the 25th day of July 2013, at 10:00 a.m. in the United States Marshall's office, and the minimum bid that will be accepted is the sum of $474,410.62... Upon confirmation of this sale, an order shall be issued cancelling all junior liens, reference is made to the judgment entered by the Court in this case, which can be examined in the Office of the Clerk of the United States District Court, San Juan, Puerto Rico, this 5 day of June, 2013, Daniel Cruz, U.S. MARSHAL OR SPECIAL MASTER.