**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

WAYNE PA 19087

| | | |
|---|---|---|
| Postage | $ | $0.46 |
| Certified Fee | | $3.10 |
| Return Receipt Fee (Endorsement Required) | | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.11 |

Postmark Here JUN 22 2013

06/22/2013

7001 0320 0005 1652 7304

Sent To: Coquico, Inc.
Street, Apt. No.; or PO Box No.: 175 Strafford Ave St. 1
City, State, ZIP+4: Wayne, PA 19087-3396

PS Form 3800, January 2001    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Coquico, Inc
175 Strafford Ave.
Suite 1
Wayne, PA 19087-3396

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Lorraine R Tucker   ☑ Agent   ☐ Addressee

B. Received by (Printed Name): Lorraine R Tucker
C. Date of Delivery: 6/25/13

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7001 0320 0005 1652 7304

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540