IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGEL EDGARDO RODRIGUEZ,<br>Plaintiff, | CIVIL NO. 10-1557(JAF) |
| Vs. | RE: Collection of money;<br>Defamation and Libel |
| COQUICO, INC., MALIK BENIN,<br>PHILIPPA ASHBY and their conjugal<br>partnership, | Plaintiff Demands a Jury |
| Defendants | |
| Vs. | |
| MALIK BENIN, ACQUANETTA BENIN,<br>18 DEGREES NORTH, LLC | |
| Respondents | |



## AMENDED ORDER

Angel Rodriguez Miranda obtained a judgment against Coquico, Inc. for $348,821.23 plus costs of $353.00 and legal interest on July 28, 2011. On March 6, 2014, this Court found Malik Benin, Acquanetta Benin, and 18 Degrees North, LLC jointly and severally liable for payment of that order. On that same date, the Court sanctioned Malik Benin in the amount of $5,000 for his contempt of Court in failing to appear for a February 28, 2014 hearing. The Court ordered Respondent Benin to pay that sanction by March 12, 2014 on pain of incarceration until the sanction is paid.

Respondent Malik Benin sought a stay from the imposition of the sanction on March 13, 2014, which this Court denied on March 19, 2014. Respondent Benin finally paid that sanction on April 23, 2014. On March 13, 2014 Respondents Malik Benin and 18 Degrees North, LLC filed a Notice of Appeal. On April 4, 2014, Respondent Acquanetta Benin filed a Notice of

Appeal. No party has sought a stay of the execution of the Memorandum Order entered on March 6, 2014, and this Court has not granted any stay of the execution of the judgment.

This Court grants Plaintiff's request. The following documents will be certified for purposes of registration in another district during the pendency of appeal. They complement each other:

1. Judgment entered on July 28, 2011, Docket 80.

2. Memorandum Order entered on March 6, 2014, Docket 121.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28th day of April 2014.

_____
JOSE ANTONIO FUSTE
UNITED STATES DISTRICT COURT JUDGE